**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Keszner    CHAPTER 13

Debtor(s)

BKY. NO. 23-10006 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
17 Jan 2023, 10:33:39, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 9fb42fcca7de436575898ccd86f7d72d64b4c580b424f2ebd80141131c535859