HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 11/21/2022 |
| PAY PERIOD END: | 12/04/2022 |
| ADVICE DATE: | 12/09/2022 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 12/04/2022: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 12/04/2022: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 12/04/2022: | 0:00 HOURS |

ASSOCIATE NAME: JOHN GERALD KESZNER         ASSOCIATE ID: 200194002

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 45 | GROSS WAGES: | 2,102.32 |
| | | | | NET WAGES: | 1,538.34 |
| STATE | | 0 | 0 | NET PAY: | 1,538.34 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | 11/21/2022-12/04/2022 | 23.89 | 8.00 | 191.12 | 1,122.72 |
| HOMER AWRD | | | | | 50.00 |
| OT PREMIUM | | | | | 122.79 |
| OVERTIME | | | | | 245.25 |
| PERSONAL | | | | | 300.82 |
| PRD PRM LNG | | | | | 303.07 |
| PRD PRM SHRT | 11/07/2022-11/20/2022 | 11.95 | 1.00 | 11.95 | |
| PRD PRM SHRT | 11/07/2022-11/20/2022 | 11.95 | -1.00 | -11.95 | 244.79 |
| REGULAR | 11/14/2022-11/20/2022 | 23.89 | 38.25 | 913.80 | |
| REGULAR | 11/14/2022-11/20/2022 | 23.89 | -33.25 | -794.35 | |
| REGULAR | 11/21/2022-11/27/2022 | 23.89 | 37.00 | 883.93 | |
| REGULAR | 11/28/2022-12/04/2022 | 23.89 | 38.00 | 907.82 | 41,083.56 |
| SICK/PERS | | | | | 1,020.34 |
| SUCCESS SHR | | | | | 1,719.21 |
| TEMP HRLY | | | | | 1,851.21 |
| TRAVEL PAY | | | | | 23.89 |
| VACATION | | | | | 2,066.32 |
| TOTAL WORKED HOURS: | | | 80.00 | | |
| TOTAL GROSS WAGES: | | | | 2,102.32 | 50,153.97 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| EXP REIMB | | 88.80 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| STD | 17.80 | 429.74 |
| LTD | 17.62 | 425.40 |
| TOTAL: | 35.42 | 855.14 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 130.35 | 3,109.55 |
| MEDICARE | 30.48 | 727.23 |

1

| DESCRIPTION | TAXES CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| FEDERAL WITHHOLDING | 229.61 | 5,798.77 |
| STATE TAX - PA | 64.54 | 1,539.72 |
| SUI-ASSOCIATE PAID - PA | 1.26 | 30.09 |
| CITY TAX - PHILA | 72.32 | 1,603.62 |
| TOTAL : | 528.56 | 12,808.98 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---:|
| ******3149 | ****** | ****** | 1,538.34 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---:|
| PAY PERIOD BEGIN: | 11/07/2022 |
| PAY PERIOD END: | 11/20/2022 |
| ADVICE DATE: | 11/25/2022 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 11/20/2022: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 11/20/2022: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 11/20/2022: | 0:00 HOURS |

ASSOCIATE NAME: JOHN GERALD KESZNER          ASSOCIATE ID: 200194002

| | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---:|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 45 | GROSS WAGES: 1,988.86 |
| | | | | NET WAGES: 1,454.63 |
| STATE: | | 0 | 0 | NET PAY: 1,454.63 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---:|---:|---:|---:|
| HOLIDAY PAY | | | | | 931.60 |
| HOMER AWRD | | | | | 50.00 |
| OT PREMIUM | | | | | 122.79 |
| OVERTIME | | | | | 245.25 |
| PERSONAL | | | | | 300.82 |
| PRD PRM LNG | | | | | 303.07 |
| PRD PRM SHRT | 11/07/2022-11/20/2022 | 11.95 | 1.00 | 11.95 | 244.79 |
| REGULAR | 11/07/2022-11/13/2022 | 23.89 | 39.50 | 943.66 | |
| REGULAR | 11/14/2022-11/20/2022 | 23.89 | 33.25 | 794.35 | 39,172.36 |
| SICK/PERS | 11/07/2022-11/20/2022 | 23.89 | 10.00 | 238.90 | 1,020.34 |
| SUCCESS SHR | | | | | 1,719.21 |
| TEMP HRLY | | | | | 1,851.21 |
| TRAVEL PAY | | | | | 23.89 |
| VACATION | | | | | 2,066.32 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 72.75 | | |
| TOTAL GROSS WAGES: | | | | 1,988.86 | 48,051.65 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| EXP REIMB | | 88.80 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| STD | 17.80 | 411.94 |
| LTD | 17.62 | 407.78 |
| TOTAL: | 35.42 | 819.72 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| OASDI | 123.31 | 2,979.20 |
| MEDICARE | 28.84 | 696.75 |
| FEDERAL WITHHOLDING | 215.99 | 5,569.16 |
| STATE TAX - PA | 61.06 | 1,475.18 |
| SUI-ASSOCIATE PAID - PA | 1.19 | 28.83 |
| CITY TAX - PHILA | 68.42 | 1,531.30 |

1

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| TOTAL : | 498.81 | 12,280.42 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******3149 | ****** | ****** | 1,454.63 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |