| HOME DEPOT U.S.A., INC. | | |
|---|---|---|
| 2455 PACES FERRY ROAD B3 | PAY PERIOD BEGIN: | 01/02/2023 |
| Atlanta, GA 30339 4024 | PAY PERIOD END: | 01/15/2023 |
| 1-866-698-4347 | ADVICE DATE: | 01/20/2023 |
| Business ID: 46-93263 | ADVICE NUMBER: | 0 |
| | AVAILABLE SICK AS OF 01/15/2023: | 8:00 HOURS |
| | AVAILABLE VACATION AS OF 01/15/2023: | 40:00 HOURS |
| | AVAILABLE SUPP SICK AS OF 01/15/2023: | 40:00 HOURS |

| ASSOCIATE NAME: | JOHN GERALD KESZNER | | | ASSOCIATE ID: | 200194002 |
|---|---|---|---|---|---|
| | | ALLOWANCES | ADD'L W/H | GROSS WAGES: | 2,075.46 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 45 | NET WAGES: | 1,495.17 |
| STATE: | | 0 | 0 | NET PAY: | 1,495.17 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 12/26/2022-01/01/2023 | 23.89 | -32.00 | -764.48 | |
| REGULAR | 12/26/2022-01/01/2023 | 23.89 | 38.50 | 919.77 | |
| REGULAR | 01/02/2023-01/08/2023 | 23.89 | 40.00 | 955.60 | |
| REGULAR | 01/09/2023-01/15/2023 | 23.89 | 40.00 | 955.60 | 3,589.48 |
| OT PREMIUM | 01/02/2023-01/08/2023 | 11.96 | 0.25 | 2.99 | 2.99 |
| OVERTIME | 01/02/2023-01/08/2023 | 23.89 | 0.25 | 5.98 | 5.98 |
| HOLIDAY PAY | | | | | 382.24 |
| TOTAL WORKED HOURS: | | | 80.25 | | |
| TOTAL GROSS WAGES: | | | | 2,075.46 | 3,980.69 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | 56.00 | 60.00 |
| TOTAL: | 56.00 | 60.00 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| ESPP 1ST HLF | 20.00 | 40.00 |
| STD | | 16.53 |
| LTD | | 16.36 |
| TOTAL: | 20.00 | 72.89 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 125.20 | 243.08 |
| MEDICARE | 29.28 | 56.85 |
| FEDERAL WITHHOLDING | 214.95 | 415.71 |
| STATE TAX - PA | 62.00 | 120.37 |
| SUI-ASSOCIATE PAID - PA | 1.46 | 2.79 |
| CITY TAX - PHILA | 71.40 | 136.94 |
| TOTAL: | 504.29 | 975.74 |

1

| ACCOUNT NUMBER | TRANSID | AFA | Amount |
|---|---|---|---|
| *****3149 | ****** | ****** | 1,495.17 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

Case 23-10006-mdc    Doc 27    Filed 05/06/23    Entered 05/06/23 20:39:31    Desc Main
Document    Page 2 of 10
| ACCOUNT NUMBER | TRANSID | AFA | Amount |
|---|---|---|---|
| *****3149 | ****** | ****** | 1,495.17 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 46-93263

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/19/2022 |
| PAY PERIOD END: | 01/01/2023 |
| ADVICE DATE: | 01/06/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 01/01/2023: | 5:00 HOURS |
| AVAILABLE VACATION AS OF 01/01/2023: | 40:00 HOURS |
| AVAILABLE SUPP SICK AS OF 01/01/2023: | 40:00 HOURS |

ASSOCIATE NAME: JOHN GERALD KESZNER  ASSOCIATE ID: 200194002

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 45 | GROSS WAGES: | 1,905.23 |
| | | | | NET WAGES: | 1,376.89 |
| STATE | | 0 | 0 | NET PAY: | 1,376.89 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 12/19/2022-12/25/2022 | 23.89 | 31.75 | 758.51 | |
| REGULAR | 12/26/2022-01/01/2023 | 23.89 | 32.00 | 764.48 | 1,522.99 |
| HOLIDAY PAY | 12/19/2022-01/01/2023 | 23.89 | 16.00 | 382.24 | 382.24 |
| TOTAL WORKED HOURS: | | | 63.75 | | |
| TOTAL GROSS WAGES: | | | | 1,905.23 | 1,905.23 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | 4.00 | 4.00 |
| TOTAL: | 4.00 | 4.00 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| ESPP 1ST HLF | 20.00 | 20.00 |
| STD | 16.53 | 16.53 |
| LTD | 16.36 | 16.36 |
| TOTAL: | 52.89 | 52.89 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 117.88 | 117.88 |
| MEDICARE | 27.57 | 27.57 |
| FEDERAL WITHHOLDING | 200.76 | 200.76 |
| STATE TAX - PA | 58.37 | 58.37 |
| SUI-ASSOCIATE PAID - PA | 1.33 | 1.33 |
| CITY TAX - PHILA | 65.54 | 65.54 |
| TOTAL: | 471.45 | 471.45 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******3149 | ****** | ****** | 1,376.89 |

1

| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

Case 23-10006-mdc    Doc 27    Filed 05/06/23    Entered 05/06/23 20:30:31    Desc Main
Document    Page 4 of 10

| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 46-93263

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/05/2022 |
| PAY PERIOD END: | 12/18/2022 |
| ADVICE DATE: | 12/23/2022 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 12/18/2022: | 5:00 HOURS |
| AVAILABLE VACATION AS OF 12/18/2022: | 40:00 HOURS |
| AVAILABLE SUPP SICK AS OF 12/18/2022: | 40:00 HOURS |

ASSOCIATE NAME: JOHN GERALD KESZNER   ASSOCIATE ID: 200194002

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 45 | GROSS WAGES: | 1,911.22 |
| | | | | NET WAGES: | 1,397.35 |
| STATE: | | 0 | 0 | NET PAY: | 1,397.35 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 12/05/2022-12/11/2022 | 23.89 | 40.00 | 955.60 | |
| REGULAR | 12/12/2022-12/18/2022 | 23.89 | 39.25 | 937.69 | 42,976.85 |
| SUCCESS SHR | | | | | 1,719.21 |
| OT PREMIUM | 12/05/2022-12/11/2022 | 11.96 | 0.50 | 5.98 | 128.77 |
| OVERTIME | 12/05/2022-12/11/2022 | 23.89 | 0.50 | 11.95 | 257.20 |
| PRD PRM SHRT | | | | | 244.79 |
| PRD PRM LNG | | | | | 303.07 |
| HOLIDAY PAY | | | | | 1,122.72 |
| VACATION | | | | | 2,066.32 |
| SICK/PERS | | | | | 1,020.34 |
| PERSONAL | | | | | 300.82 |
| HOMER AWRD | | | | | 50.00 |
| TEMP HRLY | | | | | 1,851.21 |
| TRAVEL PAY | | | | | 23.89 |
| TOTAL WORKED HOURS: | | | 79.75 | | |
| TOTAL GROSS WAGES: | | | | 1,911.22 | 52,065.19 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| EXP REIMB | | 88.80 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| STD | 17.80 | 447.54 |
| LTD | 17.62 | 443.02 |
| TOTAL: | 35.42 | 890.56 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 118.49 | 3,228.04 |
| MEDICARE | 27.72 | 754.95 |
| FEDERAL WITHHOLDING | 206.67 | 6,005.44 |
| STATE TAX - PA | 58.67 | 1,598.39 |
| SUI-ASSOCIATE PAID - PA | 1.15 | 31.24 |
| CITY TAX - PHILA | 65.75 | 1,669.37 |

1

| DESCRIPTION | TAXES CURRENT | YEAR-TO-DATE |
|---|---|---|
| TOTAL : | 478.45 | 13,287.43 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******3149 | ****** | ****** | 1,397.35 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 46-93263

| | |
|---|---|
| PAY PERIOD BEGIN: | 11/21/2022 |
| PAY PERIOD END: | 12/04/2022 |
| ADVICE DATE: | 12/09/2022 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 12/04/2022: | 3:00 HOURS |
| AVAILABLE VACATION AS OF 12/04/2022: | 40:00 HOURS |
| AVAILABLE SUPP SICK AS OF 12/04/2022: | 40:00 HOURS |

| ASSOCIATE NAME: | JOHN GERALD KESZNER | | | ASSOCIATE ID: | 200194002 |
|---|---|---|---|---|---|
| | | ALLOWANCES | ADD'L W/H | GROSS WAGES: | 2,102.32 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 45 | NET WAGES: | 1,538.34 |
| STATE | | 0 | 0 | NET PAY: | 1,538.34 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 11/14/2022-11/20/2022 | 23.89 | -33.25 | -794.35 | |
| REGULAR | 11/14/2022-11/20/2022 | 23.89 | 38.25 | 913.80 | |
| REGULAR | 11/21/2022-11/27/2022 | 23.89 | 37.00 | 883.93 | |
| REGULAR | 11/28/2022-12/04/2022 | 23.89 | 38.00 | 907.82 | 41,083.56 |
| SUCCESS SHR | | | | | 1,719.21 |
| OT PREMIUM | | | | | 122.79 |
| OVERTIME | | | | | 245.25 |
| PRD PRM SHRT | 11/07/2022-11/20/2022 | 11.95 | -1.00 | -11.95 | 244.79 |
| PRD PRM SHRT | 11/07/2022-11/20/2022 | 11.95 | 1.00 | 11.95 | |
| PRD PRM LNG | | | | | 303.07 |
| HOLIDAY PAY | 11/21/2022-12/04/2022 | 23.89 | 8.00 | 191.12 | 1,122.72 |
| VACATION | | | | | 2,066.32 |
| SICK/PERS | | | | | 1,020.34 |
| PERSONAL | | | | | 300.82 |
| HOMER AWRD | | | | | 50.00 |
| TEMP HRLY | | | | | 1,851.21 |
| TRAVEL PAY | | | | | 23.89 |
| TOTAL WORKED HOURS: | | | 75.00 | | |
| TOTAL GROSS WAGES: | | | | 2,102.32 | 50,153.97 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| EXP REIMB | | 88.80 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| STD | 17.80 | 429.74 |
| LTD | 17.62 | 425.40 |
| TOTAL: | 35.42 | 855.14 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 130.35 | 3,109.55 |
| MEDICARE | 30.48 | 727.23 |

1

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| FEDERAL WITHHOLDING | 229.61 | 5,798.77 |
| STATE TAX - PA | 64.54 | 1,539.72 |
| SUI-ASSOCIATE PAID - PA | 1.26 | 30.09 |
| CITY TAX - PHILA | 72.32 | 1,603.62 |
| TOTAL : | 528.56 | 12,808.98 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---:|
| ******3149 | ****** | ****** | 1,538.34 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

| HOME DEPOT U.S.A., INC. | | | PAY PERIOD BEGIN: | 11/07/2022 |
|---|---|---|---|---|
| 2455 PACES FERRY ROAD B3 | | | PAY PERIOD END: | 11/20/2022 |
| Atlanta, GA 30339 4024 | | | ADVICE DATE: | 11/25/2022 |
| 1-866-698-4347 | | | ADVICE NUMBER: | 0 |
| Business ID: 46-93263 | | | AVAILABLE SICK AS OF 11/20/2022: | 1:00 HOURS |
| | | | AVAILABLE VACATION AS OF 11/20/2022: | 40:00 HOURS |
| | | | AVAILABLE SUPP SICK AS OF 11/20/2022: | 40:00 HOURS |

| ASSOCIATE NAME: | JOHN GERALD KESZNER | | | ASSOCIATE ID: | 200194002 |
|---|---|---|---|---|---|
| | | ALLOWANCES | ADD'L W/H | GROSS WAGES: | 1,988.86 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 45 | NET WAGES: | 1,454.63 |
| STATE: | | 0 | 0 | NET PAY: | 1,454.63 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 11/07/2022-11/13/2022 | 23.89 | 39.50 | 943.66 | |
| REGULAR | 11/14/2022-11/20/2022 | 23.89 | 33.25 | 794.35 | 39,172.36 |
| SUCCESS SHR | | | | | 1,719.21 |
| OT PREMIUM | | | | | 122.79 |
| OVERTIME | | | | | 245.25 |
| PRD PRM SHRT | 11/07/2022-11/20/2022 | 11.95 | 1.00 | 11.95 | 244.79 |
| PRD PRM LNG | | | | | 303.07 |
| HOLIDAY PAY | | | | | 931.60 |
| VACATION | | | | | 2,066.32 |
| SICK/PERS | 11/07/2022-11/20/2022 | 23.89 | 10.00 | 238.90 | 1,020.34 |
| PERSONAL | | | | | 300.82 |
| HOMER AWRD | | | | | 50.00 |
| TEMP HRLY | | | | | 1,851.21 |
| TRAVEL PAY | | | | | 23.89 |
| TOTAL WORKED HOURS: | | | 72.75 | | |
| TOTAL GROSS WAGES: | | | | 1,988.86 | 48,051.65 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| EXP REIMB | | 88.80 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| STD | 17.80 | 411.94 |
| LTD | 17.62 | 407.78 |
| TOTAL: | 35.42 | 819.72 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 123.31 | 2,979.20 |
| MEDICARE | 28.84 | 696.75 |
| FEDERAL WITHHOLDING | 215.99 | 5,569.16 |
| STATE TAX - PA | 61.06 | 1,475.18 |
| SUI-ASSOCIATE PAID - PA | 1.19 | 28.83 |
| CITY TAX - PHILA | 68.42 | 1,531.30 |

1

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| TAXES | | |
| TOTAL : | 498.81 | 12,280.42 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******3149 | ****** | ****** | 1,454.63 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |