# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                             Chapter 13

JOHN KESZNER                      Bankruptcy No. 23-10006-MDC

2207 BROOKHAVEN DRIVE

YARDLEY, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN KESZNER

    2207 BROOKHAVEN DRIVE

    YARDLEY, PA 19067

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 6/8/2023                                                  /s/ Kenneth E. West

                                                                  _____
                                                                  Kenneth E. West, Esquire
                                                                  Chapter 13 Standing Trustee