United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10006-mdc |
| John Keszner | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: 155 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Keszner, 2207 Brookhaven Drive, Yardley, PA 19067-6374 |
| 14789380 | + | Lower Makefield Township, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14789127 | + | Lower Makefield Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14789126 | + | Lower Makefield Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14777918 | + | Makefield Glen Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14751915 | + | Spruce Mill Condominium Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14752189 | + | Spruce Mill Condominium Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14749312 | + | Wells Fargo Bank, N.A., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14746313 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14746310 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Aug 10 2023 23:30:00 | | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14746309 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Aug 10 2023 23:30:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14746524 | + | Email/PDF: gecsedi@recoverycorp.com<br>Aug 10 2023 23:39:27 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14746432 | + | Email/PDF: gecsedi@recoverycorp.com<br>Aug 10 2023 23:38:44 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14761874 | + | Email/PDF: ebn_ais@aisinfo.com<br>Aug 10 2023 23:38:44 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14746311 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Aug 10 2023 23:29:00 | | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14746312 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Aug 10 2023 23:29:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14765353 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Aug 10 2023 23:30:00 | | Wells Fargo Bank, National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: 155 | Total Noticed: 17 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Makefield Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Wells Fargo Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3 mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor John Keszner support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEFAN RICHTER | on behalf of Creditor Spruce Mill Condominium Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John Keszner
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10006−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this August 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

39 − 33
Form 155