U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JOHN KESZNER   :   CHAPTER 13
: Debtor
:   BANKRUPTCY NO. 23-10006

PRAECIPE TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY

TO THE CLERK:

Kindly withdraw and dismiss the above Debtors' Chapter 13 bankruptcy.

\_\_\_/s/John Keszner _____
Debtor – John Keszner

ORDER

On this _____ day of _____, 20___, it is hereby ORDERED and DECREED that the above bankruptcy is withdrawn voluntarily by the Debtors and hereby DISMISSED.

_____
Judge Patricia M. Mayer