# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOHN KESZNER         :    CHAPTER 13
                             :
     **Debtor**          :    NO. 23-10006

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Praecipe to Voluntarily Dismiss Case by regular mail to the addresses indicated below:

                                /s/ Paul H. Young
                                PAUL H. YOUNG, ESQUIRE
                                Attorney for Debtors

Dated: December 30, 2024

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor