U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOHN KESZNER    :    CHAPTER 13
:    Debtor
:    BANKRUPTCY NO. 23-10006

ORDER

AND NOW, upon consideration of the praecipe to voluntarily dismiss Debtor's Chapter 13 case and it appearing that the case has not been previously converted, and no objection have been filed thereto,

IT IS HEREBY ORDERED that the Debtor's case is DISMISSED.

**Date: January 13, 2025**

*Patricia M. Mayer*
_____

Judge Patricia M. Mayer