United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-10006-pmm

John Keszner Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Jan 13, 2025      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Keszner, 2207 Brookhaven Drive, Yardley, PA 19067-6374 |
| cr | + | Spruce Mill Condominium Association, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901, UNITED STATES 18901-7100 |
| 14789380 | + | Lower Makefield Township, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14789127 | + | Lower Makefield Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14789126 | + | Lower Makefield Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14777918 | + | Makefield Glen Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14751915 | + | Spruce Mill Condominium Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14752189 | + | Spruce Mill Condominium Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14749312 | + | Wells Fargo Bank, N.A., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2025 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14746310 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 14 2025 00:24:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14746309 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 14 2025 00:24:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14746524 | ^ | MEBN | Jan 14 2025 00:16:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14746432 | ^ | MEBN | Jan 14 2025 00:16:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14761874 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2025 00:32:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14746311 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 14 2025 00:23:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14746312 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 14 2025 00:23:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

| 14765353 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| --- | --- | --- | --- | --- |
| | | | Jan 14 2025 00:24:00 | Wells Fargo Bank, National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14746313 | + | Email/Text: support@ymalaw.com | | |
| | | | Jan 14 2025 00:24:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Lower Makefield Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3 bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Makefield Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wells Fargo Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3 mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor John Keszner support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEFAN RICHTER | on behalf of Creditor Spruce Mill Condominium Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOHN KESZNER        :    CHAPTER 13
                              :    Debtor
                              :    BANKRUPTCY NO. 23-10006

ORDER

AND NOW, upon consideration of the praecipe to voluntarily dismiss Debtor's Chapter 13 case and it appearing that the case has not been previously converted, and no objection have been filed thereto,

IT IS HEREBY ORDERED that the Debtor's case is DISMISSED.

**Date: January 13, 2025**                    _____

                                              Judge Patricia M. Mayer